**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Fanatic Impressions, LLC**
47–3082806
    Debtor(s)

Bankruptcy Case No.: 23–21031–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Pamela J. Wilson is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 20, 2023

    Carlota M Bohm
    United States Bankruptcy Judge